## ESTELL v. STATE.
### No. 15244.

Court of Criminal Appeals of Texas.
March 30, 1932.

E. G. Brown, of Refugio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully possessing a forged instrument is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The facts heard before the trial court are not brought up for review; nor does the record reveal a sentence. In a felony case less than capital, a sentence is imperative to give this court jurisdiction of the appeal. See article 772, C. C. P. 1925; Dorsey v. State, 114 Tex. Cr. R. 678, 27 S.W.(2d) 186; Williams v. State, 99 Tex. Cr. R. 356, 269 S. W. 434.

The appeal is dismissed.